# VERIFICATION

I, Tom Palmer, hereby verify that I have authorized the filing of the attached Verified Stockholder Derivative Complaint, that I have reviewed the Verified Stockholder Derivative Complaint and that the facts therein are true and correct to the best of my knowledge, information and belief. I declare under penalty of perjury that the foregoing is true and correct.

May 15th, 2020

*Tom Palmer*
Tom Palmer (May 15, 2020)

Tom Palmer