# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| TOM PALMER, derivatively on behalf of MOHAWK INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY S. LORBERBAUM, FRANK H. BOYKIN, GLENN R. LANDAU, WILLIAM CHRISTOPHER WELLBORN, FILIP BALCAEN, KAREN A. SMITH BOGART, BRUCE C. BRUCKMANN, RICHARD C. ILL, JOSEPH A. ONORATO, WILLIAM H. RUNGE III, <br><br> Defendants, <br><br> and <br><br> MOHAWK INDUSTRIES, INC., <br><br> Nominal Defendant. | Civil Action No.: 4:20-cv-110-MHC <br><br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO STAY LITIGATION

On July 17, 2020, Plaintiff and Defendants (collectively, the "Parties") jointly moved the Court to stay the litigation.

Having considered the Parties' Joint Motion, the Court finds that there is good cause to stay the litigation as requested. Therefore, the Parties' Joint Motion is **GRANTED** and **IT IS HEREBY ORDERED** that:

1. The Derivative Action should be stayed pending the earlier of (i) any of the defendants in the Related Securities Class Action filing an answer to the operative complaint, or (ii) the deadline for appealing a dismissal of the Related Securities Class Action with prejudice.

2. Within thirty (30) days after the occurrence of either event listed in paragraph 1, the parties in the Derivative Action shall meet and confer regarding future case scheduling and will submit an update on the status of the case or a proposed scheduling stipulation for this Court's review and approval.

3. Notwithstanding the stay, Plaintiff shall be permitted to file an amended complaint during the pendency of the stay. Defendants shall be under no obligation to respond to any complaint while the stay is in effect. Defendants shall not be obligated to respond to the complaint filed in the Derivative Action until a scheduling stipulation has been entered by the Court pursuant to paragraph 2 above after the stay has been lifted. Defendants reserve all of their defenses to the claims asserted by Plaintiff, and the stay shall not be, and shall not be deemed, a waiver of any of Defendants' defenses.

4. The Parties agree that during the pendency of this stay, in the event that a mediation is held in an effort to settle the Related Securities Class Action, Defendants' counsel shall provide Plaintiff's counsel with reasonable notice of said mediation. In the event that a mediation is held in an effort to settle any derivative lawsuit based on, or arising out of, the same set of facts as those alleged in the Derivative Action, Defendants shall include Plaintiff in said mediation.

5. If the Related Securities Class Action proceeds to discovery during the pendency of the stay, Defendants agree to provide to Plaintiff all documents Defendants produce to the plaintiff in the Related Securities Class Action, subject to the Parties entering into a mutually agreeable confidentiality agreement and/or protective order.

6. Counsel for the Defendants will notify Plaintiff's counsel if any other stockholder derivative proceedings are initiated on behalf of Mohawk based on the same set of facts alleged in the Derivative Action, based on the same or a similar set of factual allegations as alleged in the Derivative Action.

7. In the event any other stockholder derivative proceeding is initiated on behalf of Mohawk based on the same set of factual allegations as alleged in this Action, the Stay shall not apply to any motions, stipulations, or any other related

filings in such other proceedings pertaining to consolidation of such actions and/or appointment of lead plaintiff(s) and lead and liaison counsel.

8. Subject to applicable federal or local rules, any party shall have the right to move this Court to lift the stay of this action so long as such party provides at least thirty (30) days' written notice to the other parties prior to filing such a motion.  If this Court grants a motion to lift the stay, the parties shall meet and confer regarding a scheduling stipulation as set forth in paragraph 2 above and Defendants shall not be obligated to respond to any complaints filed in the Derivative Action until the date agreed to by the parties and/or ordered by the Court.

**SO ORDERED** this 20th day of July, 2020

Mark H. Cohen
United States District Judge
Northern District of Georgia