# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE MOHAWK INDUSTRIES, INC. | * * * | |
| DERIVATIVE LITIGATION | * * | LEAD CASE NO.:<br>4:20-00110-ELR |
| This Document Relates To: | * * * | (Derivative Action) |
| ALL ACTIONS | | |

## JOINT STATUS REPORT

Plaintiffs Joe Tharayil and Tom Palmer ("Plaintiffs"), Defendants Jeffrey S. Lorberbaum, Brian Carson, Frank H. Boykin, Glenn R. Landau, Karen A. Smith Bogart, Filip Balcaen, Bruce C. Bruckmann, Joseph A. Onorato, William H. Runge III, W. Christopher Wellborn, and Richard C. Ill, and Nominal Defendant Mohawk Industries, Inc. (collectively, "Defendants" and with Plaintiffs, the "Parties") submit this Joint Status Report, and show the Court as follows:

1. On July 20, 2020, the Court entered an Order Granting Joint Motion to Stay Litigation, which stayed the above-captioned action pending the earlier of (1) any of the defendants in the putative shareholder securities class action pending in the United States District Court for the Northern District of Georgia styled *Public Employees' Retirement System of Mississippi v. Mohawk Industries, et al.*, No. 4:20-

cv-00005-ELR (the "Related Securities Class Action") filing an answer to the operative complaint in the Related Securities Class Action, or (ii) the deadline for appealing a dismissal of the Related Securities Class Action with prejudice;

2. The Court's July 20, 2020 Order Granting Joint Motion to Stay Litigation further ordered the Parties to meet and confer and submit a status report or a proposed scheduling stipulation to the Court no later than thirty (30) days after the occurrence of either of the above-described events;

3. On November 12, 2021, defendants in the Related Securities Class Action filed an answer to the operative complaint in the Related Securities Class Action;

4. In accordance with the Court's July 20, 2020 Order Granting Joint Motion to Stay Litigation, on December 13, 2021 the Parties submitted a Joint Status Report informing the Court the Parties had met and conferred and were negotiating a proposed scheduling stipulation to govern the above-captioned action;

5. Since December 13, 2021, the Parties have continued to meet and confer and actively and productively negotiate a proposed scheduling stipulation to govern the above-captioned action;

6. Accordingly, the Parties will provide either a subsequent status report or a proposed scheduling stipulation for this Court's review and approval on or before February 14, 2022.

Respectfully submitted this 12th day of January, 2022.

**ALSTON & BIRD**

/s/ *Robert R. Long*
Robert R. Long
Georgia Bar No. 141546
Elizabeth Gingold Clark
Georgia Bar No. 917979
Courtney E. Quirós
Georgia Bar No. 527069
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Emails: robert.long@alston.com
elizabeth.clark@alston.com
courtney.quiros@alston.com

*Counsel for Defendants*

**JOHNSON FISTEL, LLP**

*/s/ Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.
Georgia Bar No.: 262062
William W. Stone
Georgia Bar No.: 273907
40 Powder Springs Street
Marietta, GA 30064
Telephone: (770) 200-3104

Facsimile: (770) 200-3101
Emails: michaelf@johnsonfistel.com
williams@johnsonfistel.com


**BRAGAR EAGEL & SQUIRE, P.C.**

Melissa A. Fortunato
Marion C. Passmore
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 564-2124
Facsimile: (212) 214-0506
Emails: fortunato@bespc.com
passmore@bespc.com

*Counsel for Plaintiffs*

## LOCAL RULE 7.1D CERTIFICATION

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

                                                */s/ Robert R. Long*
                                                Robert R. Long
                                                Georgia Bar No. 141546

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2022, I caused a true copy of the **JOINT STATUS REPORT** to be filed through the Court's ECF system which will automatically serve a copy upon counsel of record.

                              **ALSTON & BIRD**

                              */s/ Robert R. Long*
                              Robert R. Long
                              Georgia Bar No. 141546