# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE MOHAWK INDUSTRIES, INC. DERIVATIVE LITIGATION | ) Lead Case No.: 4:20-CV-00110-ELR ) ) (Derivative Action) |
| _____ | ) |
| This Document Relates To: | ) ) |
| ALL ACTIONS. | ) ) |

## DEFENDANTS' MOTION TO DISMISS VERIFIED CONSOLIDATED AMENDED STOCKHOLDER DERIVATIVE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 23.1 and Delaware Court of Chancery Rule 23.1, Nominal Defendant Mohawk Industries, Inc., and Jeffrey S. Lorberbaum, Brian Carson, W. Christopher Wellborn, Karen A. Smith Bogart, Bruce C. Bruckmann, Joseph A. Onorato, William H. Runge, Richard C. Ill, Frank Boykin, Paul De Cock, Glenn R. Landau, Gary Lanser, Frans De Cock, and Filip Balcaen (collectively, "Defendants") hereby move to dismiss Plaintiff's Verified Consolidated Amended Stockholder Derivative Complaint (ECF No. 84) (the "AC") with prejudice for the reasons set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that this Motion to Dismiss be granted and that the AC be dismissed in its entirety. A proposed order is attached for the Court's convenience.

Respectfully submitted this 9th day of February, 2024.

**ALSTON & BIRD LLP**

<u>*/s/ Elizabeth Gingold Clark*</u>_____
Robert R. Long
Georgia Bar No. 141546
Elizabeth Gingold Clark
Georgia Bar No. 917979
Courtney E. Quirós
Georgia Bar No. 527069
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Emails: robert.long@alston.com
 elizabeth.clark@alston.com
 courtney.quiros@alston.com

*Counsel for Defendants*

## **LOCAL RULE 7.1D CERTIFICATION**

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

*/s/ Elizabeth Gingold Clark*
Elizabeth Gingold Clark
Georgia Bar No. 917979

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2024, I electronically filed the foregoing **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S VERIFIED CONSOLIDATED AMENDED STOCKHOLDER DERIVATIVE COMPLAINT** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

This 9th day of February, 2024.

*/s/ Elizabeth Gingold Clark*
Elizabeth Gingold Clark
Georgia Bar No. 917979