IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE MOHAWK INDUSTRIES, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No.: 4:20-cv-00110-ELR<br><br>(Derivative Action) |

## JOINT MOTION TO REOPEN CASE

Pursuant to the Court's June 28, 2024 Order, Plaintiff Tom Palmer ("Plaintiff") together with defendants Jeffrey S. Lorberbaum, Brian Carson, Frank H. Boykin, Glenn R. Landau, Karen A. Smith Bogart, Filip Balcaen, Bruce C. Bruckmann, Joseph A. Onorato, William H. Runge III, W. Christopher Wellborn, Richard C. Ill, Frans De Cock, Paul De Cock, and Gary Lanser ("Individual Defendants"), and nominal defendant Mohawk Industries, Inc. ("Mohawk" or the "Company," collectively with the Individual Defendants, "Defendants," and together with Plaintiff, the "Federal Parties") moves to reopen the above-captioned action (this "Federal Derivative Action") to seek settlement approval by the Court in this Federal Derivative Action.[1]  In support of this Joint Motion, the Federal Parties state as follows:

---

[1] The settlement will also resolve the following related derivative actions: *Treibits v. Lorberbaum, et al.*, No. 21-cv-71127 (Ga. Super. Ct., Gordon Cnty.), *City of Southfield Fire & Police Retirement System v. Lorberbaum, et al.*, No. 21-cv-71519

This matter is a federal derivative action governed by Fed. R. Civ. P. 23.1(c), which states that "[a] derivative action may be settled, voluntarily dismissed, or compromised only with the court's approval. Notice of a proposed settlement, voluntary dismissal, or compromise must be given to shareholders or members in the manner that the court orders."

Here, the Federal Parties are working diligently along with the parties in the Derivative Actions to finalize the terms of the settlement to present to this Court for preliminary approval. The Federal Parties anticipate that the settlement documentation and the settlement will be finalized and ready to present to the Court for consideration in short order.

As such, the Federal Parties respectfully request that the Court reopen this Federal Derivative Action to allow for settlement-related proceedings.

Respectfully submitted this 26th day of February 2025.

                               **JOHNSON FISTEL, LLP**

                               */s/ Michael I. Fistel, Jr.*
                               Michael I. Fistel, Jr.
                               Georgia Bar No. 262062
                               William W. Stone
                               Georgia Bar No. 273907
                               40 Powder Springs Street
                               Marietta, GA 30064

---

(Ga. Super. Ct., Gordon Cnty.), *Taylor v. Lorberbaum, et al.*, No. 2022-0224-LWW (Del. Ch.). These actions along with the litigation demand sent by Douglas Bailey and together with the Federal Derivative Action are referred to as the "Derivative Actions."

Telephone: (770) 200-3104
Facsimile: (770) 200-3101
Emails: michaelf@johnsonfistel.com
       williams@johnsonfistel.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
Marion C. Passmore
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 564-2124
Facsimile: (212) 214-0506
Emails: fortunato@bespc.com
       passmore@bespc.com

**HYNES & HERNANDEZ, LLC**
Michael J. Hynes
Ligaya T. Hernandez
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116Email:
Emails: mhynes@hh-lawfirm.com
       lhernandez@hh-lawfirm.com

*Counsel for Plaintiff*

**ALSTON & BIRD**

*/s/ Robert R. Long*
_____
Robert R. Long
Georgia Bar No. 141546
Elizabeth Gingold Clark
Georgia Bar No. 917979
Courtney E. Quirós
Georgia Bar No. 527069
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Emails:  robert.long@alston.com

3

elizabeth.clark@alston.com
courtney.quiros@alston.com

*Counsel for Defendants*

## RULE 7.1(D) CERTIFICATION

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all attorneys of record.

/s/Michael I. Fistel, Jr.
Michael I. Fistel, Jr.