# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE MOHAWK INDUSTRIES, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br><br>ALL ACTIONS. | Lead Case No.: 4:20-CV-00110-ELR<br><br>(Derivative Action) |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiff Tom Palmer, on behalf of himself and derivatively on behalf of the nominal defendant, Mohawk Industries, Inc. ("Mohawk" or the "Company"), hereby moves this Court, pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, for preliminary approval of the Settlement set forth in the Stipulation and Agreement of Settlement, dated February 28, 2025 ("Stipulation"),[1] and respectfully requests that the Court enter the [Proposed] Preliminarily Approval Order, which: (a) grants preliminary approval of the Settlement, (b) approves the form and manner of providing Notice to Current Mohawk Shareholders, and (c) schedules a date for the Settlement Hearing.[2]

---

[1] Capitalized terms are defined in the Stipulation, which, along with its exhibits, is attached as Exhibit A to the Declaration of Michael I. Fistel, Jr. in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement.

[2] The Preliminary Approval Order is being submitted concurrently herewith and is also attached as Exhibit 2 to the Stipulation.

Respectfully submitted this 28th day of February, 2025.

        **JOHNSON FISTEL, LLP**

        */s/ Michael I. Fistel, Jr.*
        Michael I. Fistel, Jr.
        Georgia Bar No. 262062
        William W. Stone
        Georgia Bar No. 273907
        40 Powder Springs Street
        Marietta, GA 30064
        Telephone: (770) 200-3104
        Facsimile: (770) 200-3101
        Emails: michaelf@johnsonfistel.com
                williams@johnsonfistel.com

        **BRAGAR EAGEL & SQUIRE, P.C.**
        Melissa A. Fortunato
        Marion C. Passmore
        580 California Street, Suite 1200
        San Francisco, CA 94104
        Telephone: (415) 564-2124
        Facsimile: (212) 214-0506
        Emails: fortunato@bespc.com
                passmore@bespc.com

        **HYNES & HERNANDEZ, LLC**
        Michael J. Hynes
        Ligaya T. Hernandez
        101 Lindenwood Drive, Suite 225
        Malvern, PA 19355
        Telephone: (484) 875-3116
        Emails: mhynes@hh-lawfirm.com
                lhernandez@hh-lawfirm.com

        *Counsel for Plaintiff*

## RULE 7.1(D) CERTIFICATION

The undersigned counsel certifies that this document has been prepared with one of the fonts and point selections approved by the Court in Local Rule 5.1(C).

*/s/ Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. and N.D. Ga. LR 5.1, I hereby certify that on this day I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Dated: February 28, 2025                    */s/ Michael I. Fistel, Jr.*
                                            Michael I. Fistel, Jr.