# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE MOHAWK INDUSTRIES, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No.: 4:20-CV-00110-ELR<br><br>(Derivative Action) |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT

Plaintiff Tom Palmer, on behalf of himself and derivatively on behalf of the nominal defendant, Mohawk Industries, Inc. ("Mohawk" or the "Company"), hereby moves this Court, pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, for final approval of the Settlement set forth in the Stipulation and Agreement of Settlement, dated February 28, 2025 ("Stipulation") (ECF No. 120-3), and respectfully requests that the Court enter the [Proposed] Order and Final Judgment, submitted concurrently herewith, and which was also attached as Exhibit 3 to the Stipulation.[1]

---

[1] Defendants do not oppose the relief requested herein; however, Defendants do not adopt the characterization of the allegations set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Derivative Settlement, in the Declaration of Michael I. Fistel, Jr. in Support of Plaintiff's Motion for Final Approval of Derivative Settlement ("Fistel Declaration"), which is being submitted concurrently herewith, or in the Declaration of Shaun P. Martin, which is attached as Exhibit 1 to the Fistel Declaration. As set forth in the Stipulation, Defendants deny each and all of the allegations and claims

Respectfully submitted this 2nd day of June, 2025.

        **JOHNSON FISTEL, PLLP**

        */s/ Michael I. Fistel, Jr.*
        Michael I. Fistel, Jr.
        Georgia Bar No. 262062
        William W. Stone
        Georgia Bar No. 273907
        40 Powder Springs Street
        Marietta, GA 30064
        Telephone: (770) 200-3104
        Facsimile: (770) 200-3101
        Emails: michaelf@johnsonfistel.com
              williams@johnsonfistel.com

        **BRAGAR EAGEL & SQUIRE, P.C.**
        Melissa A. Fortunato
        Marion C. Passmore
        580 California Street, Suite 1200
        San Francisco, CA 94104
        Telephone: (415) 564-2124
        Facsimile: (212) 214-0506
        Emails: fortunato@bespc.com
              passmore@bespc.com

        **HYNES & HERNANDEZ, LLC**
        Michael J. Hynes
        Ligaya T. Hernandez
        101 Lindenwood Drive, Suite 225
        Malvern, PA 19355
        Telephone: (484) 875-3116
        Emails: mhynes@hh-lawfirm.com
              lhernandez@hh-lawfirm.com

        *Counsel for Plaintiff*

---

asserted by Derivative Plaintiffs in the Derivative Actions.  Stip., § III.

## RULE 7.1(D) CERTIFICATION

The undersigned counsel certifies that this document has been prepared with one of the fonts and point selections approved by the Court in Local Rule 5.1(C).

                                               */s/ Michael I. Fistel, Jr.*
                                               Michael I. Fistel, Jr.

## **CERTIFICATE OF SERVICE**

In accordance with Fed. R. Civ. P. and N.D. Ga. LR 5.1, I hereby certify that on this day I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Dated: June 2, 2025                            */s/ Michael I. Fistel, Jr.*
                                                            Michael I. Fistel, Jr.