# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE MOHAWK INDUSTRIES, INC. DERIVATIVE LITIGATION _____ This Document Relates To: ALL ACTIONS. | ) Lead Case No.: 4:20-CV-00110-ELR ) ) (Derivative Action) ) ) ) ) ) |

### DECLARATION OF ELIZABETH GINGOLD CLARK REGARDING POSTING AND FILING NOTICE OF PROPOSED SETTLEMENT OF DERIVATIVE ACTION

I, Elizabeth Gingold Clark, declare as follows:

1. I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am a member of good standing of the Georgia, Massachusetts, and New York bars and have been admitted to practice in this Court. I am a partner at the law firm of Alston & Bird LLP and am counsel for Nominal Defendant Mohawk Industries, Inc. ("Mohawk") and Defendants Jeffrey S. Lorberbaum, Brian Carson, Frank H. Boykin, Glenn R. Landau, Karen A. Smith Bogart, Filip Balcaen, Bruce C. Bruckmann, Joseph A. Onorato, William H. Runge III, W. Christopher Wellborn, Richard C. Ill, Frans De Cock, Paul De Cock, and Gary Lanser ("Individual Defendants" and, together with Mohawk, "Defendants")

in the above captioned derivative action. I have personal knowledge of the facts set forth herein.

2.      Pursuant to ¶ 3.3 of the Stipulation and Agreement of Settlement (the "Stipulation") and ¶ 3 of the Court's Preliminary Approval Order (the "Order"), entered April 3, 2025, Defendants submit this Declaration detailing Defendants' posting, filing, and publishing of the notice of the Settlement as provided for in ¶ 2 of the Order.

3.      Paragraph 2 of the Order directs that within ten (10) business days after the entry of an order by the Court preliminarily approving the Settlement (i.e., by April 17, 2025), "Mohawk shall cause: (i) the publication of the Summary Notice (substantially in the form attached to the Stipulation as Exhibit 2-B) once in the *Investor's Business Daily*, www.investors.com, or similar publication; (ii) the posting of the Notice (substantially in the form attached to the Stipulation as Exhibit 2-A) and the Stipulation (including exhibits) on the "Investor Relations" portion of [Mohawk's] website; and (iii) the filing with [the Securities and Exchange Commission ("SEC")] of a Current Report on Form 8-K attaching the Notice and the Stipulation (including exhibits)."

4.      Attached hereto as **Exhibit 1** is a true and correct copy of the Summary Notice that was published in *Investor's Business Daily* on April 14, 2025.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the as-filed SEC Form 8-K by Mohawk, which includes as attachments the court-approved settlement notice (the "Settlement Notice") and the Stipulation. On information and belief, the SEC Form 8-K with attachments, including the Settlement Notice and Stipulation, were posted on the Investor Relations portion of Mohawk's website (https://ir.mohawkind.com/) on April 17, 2025, and will remain posted until the judgment becomes final.

6. Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on June 20, 2025, in Atlanta, Georgia.

                                                                          _/s/ Elizabeth Gingold Clark_
                                                                          Elizabeth Gingold Clark
                                                                          Georgia Bar No. 917979

## **LOCAL RULE 7.1D CERTIFICATION**

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

*/s/ Elizabeth Gingold Clark*
Elizabeth Gingold Clark
Georgia Bar No. 917979

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2025, I electronically filed the foregoing **DECLARATION OF ELIZABETH GINGOLD CLARK REGARDING POSTING AND FILING NOTICE OF PROPOSED SETTLEMENT OF DERIVATIVE ACTION** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

This 20th day of June, 2025.

                                                 */s/ Elizabeth Gingold Clark*
                                                 Elizabeth Gingold Clark
                                                 Georgia Bar No. 917979